1   HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2   2300 Tulare Street, Suite 330
Fresno, California  93721
3   Telephone: (559) 487-5561
heather_williams@fd.org
4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,          )   Case No. 1:21-CR-00184 DAD-BAM-4
                                       )
9              *Plaintiff,*            )
                                       )
10  vs.                                )   **APPLICATION AND ORDER APPOINTING
                                       )   CJA PANEL COUNSEL**
11  CECELIA ALLEN,                     )
                                       )
12             *Defendant,*            )
                                       )

13

14          Defendant Cecelia Allen, through the Federal Defender for the Eastern District of

15  California, hereby requests appointment of CJA Panel counsel.  The Federal Defender has a

16  conflict.

17          On December 16, 2021, a Superseding Indictment was issued in the above captioned

18  case. Ms. Allen had her initial appearance on the allegations in the Central District of California

19  on February 11, 2022, at which time that Court appointed counsel and ordered she be released.

20  We request this Court appoint counsel in the Eastern District of California in advance of

21  arraignment to facilitate her appearance in this District on her pending felony charges.

22
23          Ms. Allen submits the attached *Financial Affidavit* as evidence of her inability to retain

24  counsel at this time. After reviewing Ms. Allen's *Financial Affidavit*, we respectfully

25  recommend CJA panel counsel be appointed.

26          DATED: February 14, 2022          _____*/s/ Heather E. Williams*_____
                                             HEATHER E. WILLIAMS
27                                           Federal Defender

28

*United States v. Cecelia Allen*                 1          Application and [Proposed] Order
Case No. 1:21-cr-00184-DAD-BAM                              Appointing CJA Panel Counsel

1

# O R D E R

2

3    Having satisfied the Court that the defendant Cecelia Allen is financially unable to retain

counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

4

5    IT IS SO ORDERED.

6    Dated:   **February 14, 2022**              /s/ *Barbara A. McAuliffe*

7                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28