PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00184-NODJ-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCINGS; ORDER |
| v. | |
| CECELIA ALLEN, FANTASIA BROWN, TONISHA BROWN, and FANTESIA DAVIS, | |
| Defendants. | |

The district judge who was previously assigned to this case was elevated to the circuit court of appeals and different district judges are taking turns covering her district court docket. Therefore, defendants in the same case who are being sentenced on different dates may be sentenced by different district judges. The remaining defendants in this case find themselves in this scenario. Their sentencing hearings are currently scheduled as follows: Cecelia Allen, Tonisha Brown, and Fantasia Brown's hearings were scheduled for March 11, 2024, but were recently continued on the Court's own motion until March 25, 2024, Fantesia Davis' hearing is scheduled for April 22, 2024, and Telvin Breaux's hearing is scheduled for May 20, 2024.

The parties have been encouraged by the Court to make it so that the remaining defendants in this case are sentenced by the same district judge, if possible. Therefore, the parties agree that Cecelia Allen, Tonisha Brown, Fantasia Brown, and Fantesia Davis' sentencing hearings should be continued until May 20, 2024, so that they will be sentenced on the same day and by the same district judge as Telvin Breaux.

IT IS SO STIPULATED.

Dated: March 6, 2024

*/s/ Carrie McCreary*
Carrie McCreary
Counsel for Cecelia Allen

Dated: March 4, 2024

*/s/ Louisa Pensanti*
Louisa Pensanti
Counsel for Tonisha Brown

Dated: March 4, 2024

*/s/ Timothy Hennessy*
Timothy Hennessy
Counsel for Fantasia Brown

Dated: March 4, 2024

*/s/ Michael McKneely*
Michael McKneely
Counsel for Fantesia Davis

Dated: March 4, 2024

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00184-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER TO CONTINUE SENTENCINGS |
| v. | |
| CECELIA ALLEN, FANTASIA BROWN, TONISHA BROWN, and FANTESIA DAVIS, | |
| Defendants. | |

Upon the parties' stipulation and for good cause shown, the sentencing hearings for Cecelia Allen, Tonisha Brown, Fantasia Brown, and Fantesia Davis are continued until **May 20, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **March 6, 2024**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE