CAROLINE C. MCCREARY, SBN #176563
Attorney at Law
7081 N. Marks Avenue, Suite 104
Fresno, California 93711
Telephone: 559.696-4529
ccmcreary@yahoo.com

Attorney for Defendant: Cecelia Allen

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CECELIA ALLEN,<br><br>　　　　　Defendant. | Case No.  1:21-CR-00184-TLN-BAM-4<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF CAROLINE MCCREARY AS ATTORNEY OF RECORD AND ORDER** |

　　　On December 16, 2021, Defendant, **CECELIA ALLEN** was indicted on Federal charges. CJA Panel Attorney Caroline C. McCreary, was appointed as trial counsel to represent Ms. Allen on February 15, 2022, in her criminal case. Ms. Allen was sentenced Pursuant to a Plea Agreement on June 17, 2024. The time for filing a direct Appeal was July 4, 2024, no direct appeal was filed as Ms. Allen waived her appeal rights. Ms. Allen was out of custody at the time of Sentencing and the trial phase of Ms. Allen's criminal case has, therefore, come to an end. Having completed her representation of Ms. Allen, CJA Attorney, **Caroline C. McCreary,** now moves to terminate her appointment under the Criminal Justice Act.

\\\

\\\

\\\

Should **Defendant, Cecelia Allen**, require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: August 7, 2024　　　　　　　　　　　Respectfully submitted,

/s/ Carrie C. McCreary, Esq.
**CARRIE C. McCREARY**, ESQ.
Attorney for Defendant **CECELIA ALLEN**

---------------------------

### ORDER

Having reviewed the notice and found that attorney Caroline C. McCreary has completed the services for which she was appointed, the Court hereby grants attorney McCreary's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, Cecelia Allen, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Cecelia Allen
9963 Ramona Street, Apt. 14
Bellflower, California 90706

**IT IS SO ORDERED.**

Dated:  August 12, 2024

Troy L. Nunley
United States District Judge